IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JIMMY HARDEN MURPHY, # 162386 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12-cv-224-MEF |
| | ) | |
| SANDRA GILES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On June 18, 2012, the Magistrate Judge filed a Recommendation (Doc. # 33) in this case, to which Plaintiff has filed an Objection (Doc. # 38). After an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 33) is ADOPTED;

2. Plaintiff's Objection (Doc. # 38) is OVERRULED;

3. Plaintiff's motion for preliminary injunction on his inadequate medical care and unsafe work conditions claims (Doc # 1) is DENIED;

4. Plaintiff's motion for permanent injunction on the unsafe work conditions claim (Doc. # 3) is DENIED; and

5. This case is referred back to the Magistrate Judge for further proceedings.

DONE this 18th day of July, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE